UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS MARQUEZ, | Case No.: CV 18-344-DMG (AFMx_) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE [21]** |
| vs. | |
| WRI GOLDEN STATE, LLC, a Delaware Limited Liability Company; SUPER CENTER CONCEPTS, INC., a California Corporation; and DOES 1-10, | |
| Defendants. | |

The Court, having considered the Notice of Settlement [Doc. # 19] and Stipulation to Dismiss Case [Doc. # 21] in the above-captioned action, and for good cause appearing, HEREBY ORDERS THAT the above-captioned action is dismissed with prejudice as to all parties.

DATED: June 12, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-